# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STACY LANE VanHORN, | ) | 4:03CV3336 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DENNIS OELSCHLAGER, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| DOUGLAS L. BRUNK, | ) | 4:03CV3378 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DENNIS OELSCHLAGER, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' stipulation for enlargement of time (filing 86 in 4:03CV3336, filing 47 in 4:03CV3378), treated as a motion, is granted, as follows:

Defendants shall have until May 26, 2005, to file a reply in support of their Motion for Summary Judgment based on Qualified Immunity.

Dated: May 16, 2005               BY THE COURT:

                                  s/ Richard G. Kopf
                                  United States District Judge