```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

STACY LANE VANHORN,             )
                                )
            Plaintiff,          )         4:03CV3336
                                )
      v.                        )
                                )
DENNIS OELSCHLAGER, DENNIS P.   )    MEMORANDUM AND ORDER
LEE, JANELL BEVERIDGE and       )
BOB VOLK,                       )
                                )
            Defendants.         )
------------------------------  )


DOUGLAS L. BRUNK,               )
                                )
            Plaintiff,          )         4:03CV3378
                                )
      v.                        )
                                )
DENNIS OELSCHLAGER, DENNIS P.   )         ORDER
LEE, JANELL BEVERIDGE           )
and BOB VOLK,                   )
                                )
            Defendants.         )
------------------------------

     IT IS ORDERED:

     In accordance with the court's earlier order staying these cases, filing 80 in 4:03v3336, and filing 41 in 4:03cv3378, and during the pendency of the defendants' appeal, all deadlines, conferences, and the trial are continued until further order of the court.

     DATED July 18, 2005

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge