IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STACY LANE VANHORN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3336 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA STATE RACING COMMISSION, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DOUGLAS L. BRUNK, | ) | |
| | ) | 4:03CV3378 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| NEBRASKA STATE RACING COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Counsel have not responded to the court's order of September 7, 2006 directing that they meet and confer with respect to scheduling these cases to trial and inform the undersigned of their joint or respective views. Now that the motion to reconsider has been denied, it is time to do that.

    IT THEREFORE HEREBY IS ORDERED,

    The parties are given until November 6, 2006 to comply with filing 102.

    DATED October 24, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge