IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STACY LANE VANHORN,                    )
                                       )
                Plaintiff,             )         4:03CV3336
                                       )
        v.                             )
                                       )         AMENDED
DENNIS OELSCHLAGER,                    )          ORDER
DENNIS P. LEE,                         )
JANELL BEVERIDGE, and                  )
BOB VOLK,                              )
                                       )
                Defendants.            )
_____

DOUGLAS L. BRUNK,                      )
                                       )         4:03CV3378
                Plaintiff,             )
                                       )         AMENDED
                                       )          ORDER
        v.                             )
                                       )
DENNIS OELSCHLAGER,                    )
DENNIS P. LEE,                         )
JANELL BEVERIDGE, and                  )
BOB VOLK,                              )
                                       )
                Defendants.            )
_____


        Counsel have not responded to the court's order of
September 7, 2006 directing that they meet and confer with
respect to scheduling these cases to trial and informing the
undersigned of their joint or respective views.  Now that the
motion to reconsider has been denied, it is time to do that.


        IT THEREFORE HEREBY IS ORDERED,

        The parties are given until November 6, 2006 to comply with
filing 102 in 4:03cv3336, and filing 62 in 4:03cv3378.

DATED October 24, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge