IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STACY LANE VANHORN, ) | | |
| ) | | |
| Plaintiff, ) | | 4:03CV3336 |
| ) | | |
| v. ) | | |
| ) | | |
| DENNIS OELSCHLAGER, ) | | ORDER |
| DENNIS P. LEE, ) | | |
| JANELL BEVERIDGE, and ) | | |
| BOB VOLK, ) | | |
| ) | | |
| Defendants. ) | | |

| | | |
|---|---|---|
| DOUGLAS L. BRUNK, ) | | |
| ) | | 4:03CV3378 |
| Plaintiff, ) | | |
| ) | | |
| ) | | ORDER |
| v. ) | | |
| ) | | |
| DENNIS OELSCHLAGER, ) | | |
| DENNIS P. LEE, ) | | |
| JANELL BEVERIDGE, and ) | | |
| BOB VOLK, ) | | |
| ) | | |
| Defendants. ) | | |

IT IS ORDERED,

Defendants' unopposed motion for stay, filing 116 in 4:03cv3336 and filing 76 in 4:03cv3378, is granted and this case is stayed pending resolution of the pending interlocutory appeal.

DATED November 2, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge