```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| STACY LANE VANHORN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3336 |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS OELSCHLAGER, | ) | ORDER |
| DENNIS P. LEE, | ) | |
| JANELL BEVERIDGE, and | ) | |
| BOB VOLK, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DOUGLAS L. BRUNK, | ) | |
| | ) | 4:03CV3378 |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DENNIS OELSCHLAGER, | ) | |
| DENNIS P. LEE, | ) | |
| JANELL BEVERIDGE, and | ) | |
| BOB VOLK, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

The motions of Michele M. Lewon, Frederick J. Coffman and Jennifer M. Tomka, filing 119 in 4:03cv3336 and filing 79 in 4:03cv3378, to withdraw as counsel for defendants is granted.

DATED November 7, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge