IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STACY LANE VANHORN, | ) | 4:03CV3336 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NEBRASKA STATE RACING COMMISSION, et al., | ) ) ) | |
| Defendants. | ) | |
| _____ | | |
| DOUGLAS L. BRUNK, | ) | 4:03CV3378 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NEBRASKA STATE RACING COMMISSION, et al., | ) ) ) | |
| Defendants. | ) | |

Pursuant to the mandate of the Court of Appeals,

IT IS ORDERED that:

1. These cases are no longer stayed, but are referred to Magistrate Judge David L. Piester for progression, as appropriate.
2. The clerk of the court shall provide a copy of this order to Judge Piester.

October 19, 2007.                             BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge