IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STACY LANE VANHORN, | ) | 4:03CV3336 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NEBRASKA STATE RACING COMMISSION, et al., | ) ) ) | |
| Defendants. | ) | |
| _____ | | |
| DOUGLAS L. BRUNK, | ) | 4:03CV3378 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NEBRASKA STATE RACING COMMISSION, et al., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiffs' motion for enlargement of time (filing 139 in Case No. 4:03CV3336, filing 99 in Case No. 4:03CV3378) is granted, as follows:

Plaintiffs shall have until January 23, 2008, to respond to Defendants' motion for summary judgment (filing 133 in Case No. 4:03CV3336, filing 93 in Case No. 4:03CV3378).

January 7, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge